AO 104 (Rev. 11/13) Tracking Warrant (Page 2)

Case No.   3:21-mj-53

### Return of Tracking Warrant With Installation

1. Date and time tracking device installed: 2/12/2021 @ 0415 hrs
2. Dates and times tracking device maintained: 3/1/2021 @ 1115 hrs
3. Date and time tracking device removed: 3/26/2021 @ 0415 hrs
4. The tracking device was used from (date and time): 2/12/2021 @ 0415

   to (date and time): 3/26/2021 @ 0415 .

### Return of Tracking Warrant Without Installation

1. Date warrant executed: _____
2. The tracking information was obtained from (date and time): _____

   to (date and time): _____ .

### Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: 6/1/2021

_____
Executing officer's signature

SA Ryan Fernet
Printed name and title